**DENIED; Opinion Filed May 17, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00493-CV**

**IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., ET AL., Relators**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relators contend the trial judge erred in denying their motion to withdraw a referral to a special master. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

130493F.P05